IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MICHAEL LAVERNE THOMAS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. CIV-07-361-M |
| | ) |
| **MARTY SIRMONS, Warden,** | ) |
| | ) |
| Respondent. | ) |

**REPORT AND RECOMMENDATION**

Petitioner, a prisoner appearing pro se, has filed this action pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. United States District Judge Vicki Miles-LaGrange has referred the matter to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. §636(b)(1)(B). In accordance with that referral, the undersigned entered an order on April 2, 2007, noting that the Court had received the petition for writ of habeas corpus, but that the Petitioner had neither paid the $5.00 filing fee nor submitted an application to proceed *in forma pauperis*. Accordingly, the Court directed him to either pay the required filing fee or submit a completed *in forma pauperis* application on or before April 17, 2007.

As of this date, the Petitioner has neither complied with the Order, sought an extension of time in which to do so, nor has he attempted to show cause for his failure. Therefore, the undersigned recommends that the petition for a writ of habeas corpus be dismissed without prejudice to refiling.

RECOMMENDATION

Accordingly, the undersigned recommends that the petition for a writ of habeas corpus be dismissed without prejudice to refiling due to Petitioner's failure to either pay the required filing fee or to submit a completed *in forma pauperis* application. The Petitioner is advised of his right to file an objection to this Report and Recommendation with the Clerk of this Court by June 6, 2007, in accordance with 28 U.S.C. §636 and Local Civil Rule 72.1. The Petitioner is further advised that failure to make timely objection to this Report and Recommendation waives his right to appellate review of both factual and legal questions. Moore v. United States, 950 F.2d 656 (10th Cir. 1991). This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in the captioned matter.

ENTERED this 17th day of May, 2007.

_____
DOYLE W. ARGO
UNITED STATES MAGISTRATE JUDGE