## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL LAVERNE THOMAS, | ) |
| Petitioner, | ) |
| v. | )  Case No. CIV-07-361-M |
| MARTY SIRMONS, Warden, | ) |
| Respondent. | ) |

### **ORDER**

On June 14, 2007, United States Magistrate Judge Doyle Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended the petition for a writ of habeas corpus be dismissed upon filing as time-barred and that Petitioner's "Motion for Extension of Time" [docket no. 8] and "Motion for Dismissal for Extension of Time" [docket no. 9] be denied as moot. Petitioner was advised of his right to object to the Report and Recommendation by May 1, 2006. On July 3, 2007, Petitioner filed his objection. In his objection, Petitioner objects to the Report and Recommendation in its entirety.

Having carefully reviewed this matter *de novo*, the Court hereby:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on June 14, 2007;

(2) DENIES Petitioner's "Motion for Extension of Time" [docket no. 8] and "Motion for Dismissal for Extension of Time" [docket no. 9] as moot; and

(2)     DISMISSES this action as time-barred..

**IT IS SO ORDERED this 25th day of July, 2007.**

*[Signature: Vicki Miles-LaGrange]*

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE